UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MACCOY, COLLEEN MARGARET § Case No. 11-28659
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 04/04/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2013                By: Kenneth S. Gardner
                                           Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MACCOY, COLLEEN MARGARET § Case No. 11-28659
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 600.00 |
| leaving a balance on hand of[1] | $ | 3,400.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 49.50 | $ 0.00 | $ 49.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,049.50 |
| Remaining Balance | | $ | 2,350.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,215.82  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 331.28 | $ 0.00 | $ 11.41 |
| 000002 | FIA Card Services successor to | $ 12,030.61 | $ 0.00 | $ 414.54 |
| 000003 | FIA Card Services successor to | $ 10,105.90 | $ 0.00 | $ 348.22 |
| 000004 | FIA Card Services successor to | $ 3,045.21 | $ 0.00 | $ 104.93 |
| 000005 | Capital One Bank (USA), N.A. by | $ 5,807.07 | $ 0.00 | $ 200.09 |
| 000006 | Sallie Mae | $ 27,113.50 | $ 0.00 | $ 934.24 |
| 000007 | US BANK N.A. | $ 8,937.97 | $ 0.00 | $ 307.97 |
| 000008 | Capital One, N.A. | $ 844.28 | $ 0.00 | $ 29.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,350.50 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                              Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Colleen Margaret MacCoy
    Debtor

Case No. 11-28659-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 3     Date Rcvd: Mar 04, 2013
Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2013.

```
db          #+Colleen Margaret MacCoy,   2211 Barrett Drive,   Algonquin, IL 60102-6085
17531236    +BANK OF America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
17531238   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
19287289     Capital One Bank (USA), N.A. by,   American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
19456907     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17531230    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
17531231    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19275041     FIA Card Services successor to,   Bank of America and MBNA America Bank,   PO Box 15102,
             Wilmington, DE 19886-5102
17531234   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Bsbuy,   Attn: Bankruptcy Dept.,   Po Box 15519,
             Wilmington, DE 19850)
17531227    +MMCA/C1,   Attn: Bankruptcy Dept.,   Po Box 91614,   Mobile, AL 36691-1614
17531242    +Sherman Hospital,   Attn: Bankruptcy Department,   35135 Eagle Way,   Chicago, IL 60678-1351
17531244    +Suburban Orthopaedics,   Attn: Bankruptcy Dept.,   1110 W Shick Rd,   Bartlett, IL 60103-3007
17531232    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19378248   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
             CINCINNATI, OH 45201-5229)
17531243    +United Anesthesia Ass,   Attn: Bankruptcy Dept.,   PO Box 631,   Lake Forest, IL 60045-0631
17531226   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo HM Mortgag,   Attn: Bankruptcy Dept.,
             8480 Stagecoach Cir,   Frederick, MD 21701)
17531237    +Wffnatbank,   Attn: Bankruptcy Dept.,   Po Box 94498,   Las Vegas, NV 89193-4498
17531233    +Wfnnb/NY&C,   Attn: Bankruptcy Dept.,   220 W Schrock Rd,   Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17531235    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 05 2013 02:36:37     Kohls/Capone,
             Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19264257     E-mail/Text: bnc-quantum@quantum3group.com Mar 05 2013 06:24:02
             Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
             Kirkland, WA  98083-0788
17531228    +E-mail/PDF: pa_dc_claims@salliemae.com Mar 05 2013 06:27:57     Sallie MAE,
             Attn: Bankruptcy Dept.,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
19311917    +E-mail/PDF: pa_dc_claims@salliemae.com Mar 05 2013 06:27:53     Sallie Mae,   c/o Sallie Mae Inc.,
             220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17531241*   +BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
17531229*   +Sallie MAE,   Attn: Bankruptcy Dept.,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
19408031*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   P.O. BOX 5229,   CINCINNATI, OH 45201-5229)
17531239*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK/NA ND,   Attn: Bankruptcy Dept.,   4325 17Th Ave S,
             Fargo, ND 58125)
17531240   ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Mar 04, 2013
                              Form ID: pdf006           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2013**            **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 3 of 3                  Date Rcvd: Mar 04, 2013
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2013 at the address(es) listed below:
    Jason A. Kara    on behalf of Debtor Colleen Margaret MacCoy ndil@geracilaw.com
    Joseph   Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
    Lydia Y Siu    on behalf of Creditor    WELLS FARGO BANK, N.A. lsiu@atty-pierce.com,
     northerndistrict@atty-pierce.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                         TOTAL: 4