# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| MACCOY, COLLEEN MARGARET § | Case No. 11-28659 |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on              . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/JOSEPH R. VOILAND_____
                                                                    Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| MARTIN AUCTION SERVICES | | | | | |
| MARTIN AUCTION SERVICES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. BY | | | | | |
| 000008 | CAPITAL ONE, N.A. | | | | | |
| 000004 | FIA CARD SERVICES SUCCESSOR TO | | | | | |
| 000003 | FIA CARD SERVICES SUCCESSOR TO | | | | | |
| 000002 | FIA CARD SERVICES SUCCESSOR TO | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | SALLIE MAE | | | | | |
| 000007 | US BANK N.A. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-28659 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MACCOY, COLLEEN MARGARET | Date Filed (f) or Converted (c): | 07/12/11 (f) |
| | | 341(a) Meeting Date: | 08/16/11 |
| For Period Ending: | 06/01/13 | Claims Bar Date: | 10/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2211 Barrett DRive Algonquin, IL | 301,700.00 | 0.00 | DA | 0.00 | FA |
| 2. checking account with PNC | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. checking account with Bank of America | 400.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, etc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 401 13 w/ Employer | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2011 Mitsubishi Outlander | 21,995.00 | 0.00 | DA | 0.00 | FA |
| 11. 2004 Harley Davidson Sportster | 2,945.00 | 0.00 | | 4,000.00 | FA |
| 12. 2002 Chevrolet Avalance | 4,125.00 | 625.00 | DA | 0.00 | FA |
| 13. 1 Dog | 0.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $354,365.00      $625.00      $4,000.00      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 03/15/13

LFORM1      Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-28659 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MACCOY, COLLEEN MARGARET | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6898 Checking Account |
| Taxpayer ID No: | *******9409 | | |
| For Period Ending: | 06/01/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/12 | 11 | Martin Auction | | 1129-000 | 4,000.00 | | 4,000.00 |
| 07/03/12 | 001001 | MARTIN AUCTION SERVICES | | 3610-000 | | 400.00 | 3,600.00 |
| 07/03/12 | 001002 | MARTIN AUCTION SERVICES | | 3620-000 | | 200.00 | 3,400.00 |
| 04/04/13 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,000.00 | 2,400.00 |
| 04/04/13 | 001004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 49.50 | 2,350.50 |
| 04/04/13 | 001005 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 11.41 | 2,339.09 |
| 04/04/13 | 001006 | FIA Card Services successor to<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 414.54 | 1,924.55 |
| 04/04/13 | 001007 | FIA Card Services successor to<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 348.22 | 1,576.33 |
| 04/04/13 | 001008 | FIA Card Services successor to<br>Bank of America and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 104.93 | 1,471.40 |
| 04/04/13 | 001009 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | 7100-000 | | 200.09 | 1,271.31 |
| | | | Page Subtotals | | 4,000.00 | 2,728.69 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-28659 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MACCOY, COLLEEN MARGARET | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6898  Checking Account |
| Taxpayer ID No: | *******9409 | | |
| For Period Ending: | 06/01/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/13 | 001010 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | | 7100-000 | | 934.24 | 337.07 |
| 04/04/13 | 001011 | US BANK N.A.<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | | 7100-000 | | 307.97 | 29.10 |
| 04/04/13 | 001012 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 29.10 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 4,000.00 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6898 | 4,000.00 | 4,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,000.00 | 4,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       1,271.31

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*